UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Primarque Products Co., Inc.,
        Plaintiff,

v.                                          CIVIL ACTION NO. 15-30067-TSH

Williams West & Witts Products Company d/b/a
Integrated Flavors,
        Defendant,

## AMENDED JUDGMENT IN A CIVIL CASE

HILLMAN, D.J.

X      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED:** Judgement shall enter for Primarque Products Co. Inc. in the amount of $204,000.00 on Count (III); and Judgement shall enter for Williams West & Witts Products Company d/b/a Integrative Flavors on its counterclaim in the amount of $97,843.22, plus prejudgment interest from April 15, 2015.

      Primarque Products Co. Inc. is entitled to recover costs in the amount of $15,858.83.


                                                        ROBERT M. FARRELL, CLERK

Dated:  4/10/19                                       /S/ Martin Castles
                                                        ( By )  Deputy Clerk